**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 25-cv-25622-PCH**

ALBION BRAND FOUNDRY LTD,

                        *Plaintiff*,

v.

The Partnerships, Unincorporated Associations Identified on Schedule A,

                        *Defendants*.

_____/

**CERTIFICATION REGARDING PRIOR SUITS**

I, Andrew J. Palmer, declare and state as follows:

1. I am an attorney duly admitted to practice before this District Court. I am over 18 years of age. This certification regarding prior suits is based upon my personal knowledge of the facts stated herein. If called as a witness, I could and would testify to the statements made herein.

2. Prior to filing of this case, I conducted a nationwide search on the Public Access to Court Electronic Records (PACER) to determine whether any Defendant identified on Schedule A had ever been sued by Plaintiff prior to the filing of this suit for alleged violations of Plaintiff's intellectual property rights.

3. Based on my search, Plaintiff has not filed any actions in any other district courts against any Defendants identified on Schedule A.

4. Because no prior suits were found, there is no status, disposition, or rights comparison to report. If I later learn of any such prior suit exists, I will promptly file an amended certification to correct or supplement this response.

2

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed December 4, 2025.                    Respectfully submitted,

/s/ Andrew Palmer
Andrew J. Palmer
***Attorney for Plaintiff***