### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 25-cv-25622-PCH

ALBION BRAND FOUNDRY LTD,

<em>Plaintiff</em>,

v.

The Partnerships, Unincorporated Associations Identified
on Schedule A,

<em>Defendants</em>.

_____ /

### NOTICE OF FILING PROPOSED SUMMONS

Plaintiff, ALBION BRAND FOUNDRY LTD, files this Notice of Filing of Proposed

Summonses, and respectfully requests the Clerk's issuance of the accompanying summonses for

Defendants, the Partnerships, Unincorporated Associations Identified on Schedule A, attached

hereto, in accordance with the Court Order authorizing alternative service of process [DE 10].

December 10, 2025.                          Respectfully submitted,

                                            /s/ Andrew Palmer
                                            Andrew J. Palmer
                                            Palmer Law Group, P.A.
                                            401 E Las Olas Blvd, Suite 1400
                                            Fort Lauderdale, FL 33301
                                            Phone: 954-771-7050
                                            ajpalmer@palmerlawgroup.com
                                            *Counsel for Plaintiff*